[No. 3931-1.    Division One.    October 25, 1976.]

TERRANCE L. LIVINGSTON, *Appellant*, v. KING COUNTY FIRE DISTRICT No. 44, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King

County, No. 790473, Stanley C. Soderland, J., entered June 30, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson and Callow, JJ.